199 F.3d 1078 (9th Cir. 1999)
 ALPHA THERAPEUTIC CORPORATION, a California Corp., and CLYDE MCCAULEY, Plaintiffs-Appellants,
v.
NIPPON HOSO KYOKAI, a Japanese special juridic entity, a/k/a Japan Broadcasting Corp., Defendant-Appellee.
 No. 98-55642
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted Nov.2, 1999.
Filed Dec. 28, 1999.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE OPINION AT 237 F.3d 1007.